■■■ GORDON H. ELWELL, JR., Appellant, v MAUREEN B. ELWELL, Respondent. (Appeal No. 2.) [823 NYS2d 746]—Appeal from an order of the Supreme Court, Erie County (John F. O'Connell, J.), entered April 20, 2004. The order, among other things, assigned to defendant one half of the marital portion of plaintiff's military retirement benefits.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in Elwell v Elwell (34 AD3d 1337 [2006]). Present—Hurlbutt, A.P.J., Gorski, Smith and Centra, JJ.